■    In the Matter of VINCENT J. LEONARDO, Appellant, v. HOWARD R. LEARY, Police Commissioner of the City of New York, Respondent.— Judgment and order (one paper), entered January 7, 1969, unanimously affirmed on the opinion of Mr. Justice FRANK, without costs and without disbursements. No opinion. Concur — Stevens, P. J., Eager, McGivern and Nunez, JJ.

■    In the Matter of ALFRED A. MASON, Petitioner, v. POLICE COMMISSIONER OF THE CITY OF NEW YORK, Respondent.— Determination of respondent, Police Commissioner, unanimously modified, on the facts and in the exercise of discretion, by reducing the punishment imposed from dismissal to suspension for a period of five days. As so modified, the determination is confirmed, without costs and without disbursements. Under the circumstances disclosed in the record, the punishment imposed was excessive. (*Matter of Bovino* v. *Scott,* 27 A D 2d 912, mod. 22 N Y 2d 214.) Concur — Capozzoli, J. P., Markewich, Nunez and Steuer, JJ.